**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6250

GEORGE ALBERT HOOD,

                    Petitioner - Appellant,

          v.

TRACY W. JOHNS,

                    Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
Chief District Judge.  (5:10-hc-02130-FL)

Submitted:  May 19, 2011                  Decided:  May 24, 2011

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit
Judges.

Dismissed by unpublished per curiam opinion.

George Albert Hood, Appellant Pro Se.  Christina Ann Kelley,
BUREAU OF PRISONS, Butner, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Albert Hood, a detainee pending commitment proceedings pursuant to 18 U.S.C. § 4248 (2006), appeals the district court's order dismissing his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition, which sought his release. The district court has since dismissed the 18 U.S.C. § 4248 action in accord with a joint stipulation of the parties and Hood has been released. As a result of Hood's release, "there is no wrong to remedy and an appeal should . . . be dismissed . . . when, by virtue of an intervening event, a court of appeals cannot grant any effectual relief whatever in favor of the appellant." United States v. Hardy, 545 F.3d 280, 285 (4th Cir. 2008) (quoting Calderon v. Moore, 518 U.S. 149, 150 (1996)) (internal quotation marks omitted). Accordingly, we dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2